NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVO JAMES,<br><br>Plaintiff,<br><br>v.<br><br>CAMIN CARGO CONTROL, INC., et al.,<br><br>Defendants. | Civil Action No.:09-6128 (JLL)<br><br><br><br>**ORDER** |

This matter comes before the Court by way of Plaintiff's request for an extension of time in which to file a reply brief in connection with Plaintiff's cross-motion to conditionally certify a FLSA representative action and to issue notice [CM/ECF Docket Entry No. 31]. Local Civil Rule 7.1(d)(3) provides, in pertinent part, that "[n]o reply papers shall be filed . . . on a cross-motion."

Accordingly, **IT IS** on this **28th day of June, 2010**,

**ORDERED** that Plaintiff's request for an extension of time in which to file a reply brief in connection with its cross-motion is denied, as no reply brief is permitted on a cross-motion pursuant to Local Civil Rule 7.1(d)(3).

**IT IS SO ORDERED.**

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE